IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | PO 122-009 |
| | ) | |
| DIMARIO LITTLEJOHN | ) | |

**O R D E R**

The Court **GRANTS** the Government's Motion to Dismiss, (doc. no. 17), pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Accordingly, the Information is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 24th day of June, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA